**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rachel D. Lee,

Plaintiff,

Civil 01-954 PAM/JGL

v.

**ORDER OF DISMISSAL**

Steven Rosso, et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: November 26 , 2001

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

NOV 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK