**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rachel D. Lee,

Plaintiff,

v.

Steven T. Rosso, P.A., and
Steven T. Rosso,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Court File No. 01 CV 954 PAM/JGL

---

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that this action may be, and it hereby is, dismissed with prejudice and on the merits, and without an award of costs or disbursements to either party.

Dated: 11 January, ~~2001~~ 2002

Steven T. Appelget (#236998)
Attorneys for Plaintiff
1102 Grand Avenue
St. Paul, MN 55105
Telephone: (651) 224-5079

Dated: 1/15, 2002

**BRUTLAG, HARTMANN & OKONESKI, P.A.**

By: ______________________

Michael L. Brutlag (123225)
Attorneys for Defendants
1100 Pillsbury Center, 200 South 6th Street
Minneapolis, MN 55402-1400
Telephone: (612) 630-3203

1929.27.STP

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the claims and defenses in the above-captioned action are hereby dismissed with prejudice, and without an award of costs or disbursements to any party.

Dated: Jan 23, 2001

**BY THE COURT:**

Judge